UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CANVS CORPORATION,

    Plaintiff,

v.                                      Case No:  2:14-cv-99-FtM-38DNF

NIVISYS, LLC,

    Defendant.
_____/

### **ORDER**[1]

This matter is before the Court on review of the Case Management and Scheduling Order in Patent Case ("CMSO") issued on August 21, 2014.  (Doc. #30).  Currently, the CMSO sets a Technology Tutorial Conference for on or about November 17, 2014, and a Claim Construction Hearing to take place prior to on or about February 2, 2015.  (Doc. #30 at 5).  As the Court refers the Claim Construction Hearing to United States Magistrate Judge Douglas N. Frazier, it also refers the Technology Tutorial Conference.

Accordingly, it is now

**ORDERED:**

(1) The Technology Tutorial Conference is **REFERRED** to United States Magistrate Judge Douglas N. Frazier.  The parties shall contact Judge Frazier's

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Courtroom Deputy, Bette-Jo Herren, at 239-461-2007, on or before **October 31, 2014**, to inquire about Judge Frazier's (1) preference for scheduling the Technology Tutorial Conference contemporaneously with, or separate and independent of the Claim Construction Hearing; and (2) rules, procedures, and/or expectations for the Technology Tutorial Conference.

(2) The Claim Construction Hearing is **REFERRED** to Judge Frazier to hold and issue any order deemed appropriate thereafter.  The parties shall contact Judge Frazier's courtroom deputy Bette-Jo Herren, at 239-461-2007, on or before **October 31, 2014**, to arrange for a mutually agreeable time to conduct the Claim Construction Hearing prior to on or about February 2, 2015.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of October, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record