UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CANVS CORPORATION,

    Plaintiff,

v.                                             Case No:  2:14-cv-99-FtM-38DNF

NIVISYS, LLC,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on Plaintiff CANVS Corporation and Defendant Nivisys, LLC's Joint Status Report (Doc. #42) filed on May 19, 2014.  The Court stayed this patent infringement case pending the United States Patent and Trade Office's final decision in the *inter partes* review ("IPR") of the patent at issue.  (Doc. #40).  The parties now advise that the IPR proceedings have been terminated and request that the Court lift the stay.  (Doc. #42; Doc. #42-1).  After a careful review of the file, the Court will grant the parties' request.

Accordingly, it is now

**ORDERED:**

(1) The Clerk of the Court shall **LIFT** the stay flag placed on the docket.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) Plaintiff CANVS Corporation and Defendant Nivisys, LLC must jointly file an Amended Case Management and Scheduling Order in Patent Case on or before **June 9, 2015**, to reset dates for this matter.  The parties are directed to use the form found on the undersigned's website at http://www.flmd.uscourts.gov/judicialinfo/ftmyers/JgChappell.htm.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of May, 2015.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record