UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CANVS CORPORATION,

      Plaintiff,

v.                                                    Case No:  2:14-cv-99-FtM-38MRM

NIVISYS, LLC,

      Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Defendant Nivisys, LLC's ("Nivisys") Motion to Exclude Testimony (Doc. #62) filed on August 27, 2015. Plaintiff Canvs Corporation ("Canvs") filed a Response (Doc. #63) on September 9, 2015. The matter is ripe for review.

### Discussion

The first issue before the Court is whether the Court will allow anyone other than counsel to explain the underlying technology at the upcoming non-adversarial technology tutorial conference. Nivisys argues Canvs is planning to present its expert, James Gillespie, at the tutorial conference to explain the technology at issue, even though the Court's Case Management Scheduling Order ("CMSO") (Doc. #30) specifies that only counsel for the parties shall do so. (Doc. #62 at 3). Canvs responds that it interpreted the CMSO as allowing the presentation of knowledgeable witnesses to describe the underlying technology and

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

answer any questions the Court might have. (Doc. #63 at 1). But if this is not the case, Canvs will not call any witnesses at the tutorial conference. (Doc. #63 at 1).

The Court clarifies that only counsel for the Parties shall explain the technology at issue at the non-adversarial technology tutorial conference. The Court will not allow any witnesses at that time.

The second issue before the Court is whether Canvs plans on calling a witness not listed in the Joint Claim Construction Statement (Doc. #36). But this issue is moot, as Canvs clarified it will only seek the testimony of its expert, Gillespie, at the claim construction hearing. And Gillespie was properly disclosed as a witness in the Joint Claim Construction Statement. (Doc. #36-3).

Accordingly, it is now **ORDERED:**

Defendant Nivisys, LLC's ("Nivisys") Motion to Exclude Testimony (Doc. #62) is **GRANTED in part and DENIED in part**.

1. The Motion is **GRANTED** to the extent only counsel for the Parties shall explain the technology at issue at the non-adversarial technology tutorial conference.

2. The remainder of the Motion, seeking exclusion of any undisclosed witnesses, is **DENIED as Moot**, as Plaintiff Canvs Corporation does not plan to call any witnesses other than those already disclosed.

**DONE** and **ORDERED** in Fort Myers, Florida, this 16th day of September, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record